No. 32. Ross, Receiver, *v.* Knott, Treasurer of Florida, et al. October 4, 1937. M. G. McNair, present Receiver of the First National Bank of Perry, substituted as the party petitioner in place of Iron Ross, former Receiver, on motion of *Mr. George P. Barse* for the petitioner.

No. 411. Royal Indemnity Co. et al. *v.* Hoage, Deputy Commissioner, et al. October 4, 1937. Frank A. Cardillo, present Deputy Commissioner for the District of Columbia, United States Employees' Compensation Commission, substituted as a party respondent in place of Robert J. Hoage, former Deputy Commissioner, on motion of *Mr. Frank H. Myers* for the petitioners.

No. —, original. Ex parte Albert Lévitt. Motion for leave to file a petition for an order requiring Mr. Justice Black to show cause why he should be permitted to serve as an Associate Justice of this Court. Decided October 11, 1937. *Per Curiam:* The grounds of this motion are that the appointment of Mr. Justice Black by the President and the confirmation thereof by the Senate of the United States were null and void by reason of his ineligibility under Article I, Section 6, Clause 2, of the Constitution of the United States, and because there was